**Lillian Sayler, appellee, v. Lester Edinger, appellant. Gen. No. 9,017.**

Opinion filed January 17, 1936.

D. T. Smiley, for appellant. Henry L. Cowlin, for appellee; V. S. Lumley, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.

**D. J. L. Walther, appellant, v. Village of Algonquin, appellee. Gen. No. 9,020.**

Opinion filed January 17, 1936.

Rehearing denied April 6, 1936.

David T. Smiley and George A. Mason, for appellant; George A. Mason, of counsel. Wm. M. Carroll and Henry L. Cowlin, for appellee; Wm. M. Carroll, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.

**J. Weston Essington, appellant, v. George M. Reynolds, appellee. Gen. No. 8,965.**

Opinion filed January 17, 1936.

George V. B. Weeks, for appellant. A. E. Butters, Hibbs & Pool, C. B. Chapman and R. A. Green, for appellee.

Mr. Justice Dove delivered the opinion of the court.

**Louise Becker, appellant, v. Edward Schwartz, Jr., and The Chicago, Rock Island and Pacific Railway Company, appellees. Gen. No. 8,971.**

Opinion filed January 17, 1936.

Alschuler, Putnam & Johnson and Elmer H. Bielfeldt, for appellant. Frank G. Brumund and Arlington R. Maute, for certain appellee. Snapp, Heise & Snapp, for certain other appellee; Daniel Taylor, of counsel.

Mr. Justice Dove delivered the opinion of the court.